### SALTER *vs.* STATE.

KEEPING OPEN TIPLING HOUSES ON SUNDAY, FROM CITY COURT OF SAVANNAH. Criminal Law. Charge of Court. (Before Judge Harden.)

[Jackson, C. J., not presiding, because of indisposition.]

Blandford, J.—This case is controlled by the preceding case of Seiler *vs.* State.

Judgment affirmed.

Garrard & Meldrim, for plaintiff in error.

F. G. DuBignon, solicitor general, by brief, for the State.

---

### CALLAHAN *vs.* STATE.

KEEPING OPEN TIPPLING HOUSES ON SUNDAY, FROM CHATHAM. Criminal Law. New Trial. (Before Judge Adams.)

Blandford, J.—The case is controlled by the preceding case of Callahan *vs.* State.

Judgment affirmed.

P. J. O'Connor, by brief, for plaintiff in error.

F. G. DuBignon, solicitor general, by brief, for the State.